# Court of Appeals, State of Michigan

## ORDER

Frank Bacon v County of St Clair

Docket No.    328337

LC Nos.    13-101210-CZ; 13-000560-CZ

Michael F. Gadola
Presiding Judge

Karen M. Fort Hood

Michael J. Riordan
Judges

The Court orders that the December 20, 2016 opinion is hereby AMENDED to correct a clerical error in the caption information. The opinion caption is amended to include the name of defendant-appellant The 72nd Judicial District Court and lower court case no. 13-000560-CZ.

In all other respects, the December 20, 2016 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

FEB 15 2017
Date

Chief Clerk